United States District Court
Southern District of Texas
**ENTERED**
August 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| In re: <br> JENNIFER WOMACK, <br><br> Debtor / Appellant, | § <br> § <br> § <br> §     CIVIL ACTION NO. 3:16-CV-88 <br> § <br> § <br> § |

# ORDER

After considering the motions and the docket in this case, the Court rules as follows:

Appellant's Motion Tortious Interference with Inheritance Rights Motion To Set Aside Judgment Based on Extrinsic Fraud Revocation of Consent If Necessary to Prevent Detrimental Harm (Dkt. 4), Motion to Dismiss w/o Prejudice (Dkt. 5), and Motion to Stay Entry of Judgment (Dkt. 7) are **DENIED WITHOUT PREJUDICE** to re-urging after curing the deficiencies as stated below.

The notice of appeal was filed in the bankruptcy court on 3/31/2016. (*See* Dkt. 3). The designation of the record was due on 4/14/2016. *See* Fed. R. Bankr. P. 8009. If the appellant does not cure these deficiencies within **14 days**, **September 13, 2016**, this Court will dismiss the appeal for want of prosecution.

      ☒ The filing fee has not been paid.
      ☒ The record has not been designated.
      ☒ The record designated by the appellant includes transcripts that have not been ordered.
      ☒ The appellant has not arranged to pay for the transcripts designated.

The Clerk shall enter this Order and send a copy to Appellant by certified return receipt to the following address: **Jennifer Womack, 1220 Avenue L, Galveston, TX 77550**.

SIGNED at Galveston, Texas, this 30th day of August, 2016.

_____
GEORGE C. HANKS JR.
UNITED STATES DISTRICT JUDGE